﹩AO 440 (Rev. 10/93) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

v.

Christopher P. Greaves

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 CV 12336 RCL

TO: (Name and address of Defendant)

Christopher P. Greaves
74 Fearing Street
Buzzards Bay, MA 02532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

NOV 20 2003

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

February 23, 2004

I hereby certify and return that on 2/16/2004 at 09:59 am I served a true and attested copy of the summons, complaint, civil cover sheet and corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of Christopher P. Greaves, , 74 Fearing Street Buzzards Bay, MA 02532 and by mailing 1st class to the above address on 2/20/2004. Basic Service Fee ($20.00), Conveyance ($4.50), Travel ($22.40), Postage and Handling ($3.00), Attest (2 copies) ($10.00) Total Charges $59.90

Deputy Sheriff Roger B. Whitcomb

*Roger B Whitcomb*
Deputy Sheriff

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date                    Signature of Server

                                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.