UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIRECTV, INC.**

**V.**  **CIVIL ACTION NO. 03-12336-RCL**

**CHRISTOPHER GREAVES**

## NOTICE OF DEFAULT

For failure of the defendant, **Christopher Greaves** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 18th day of March, 2004.

TONY ANASTAS, CLERK

By:/s/ Lisa M. Hourihan
Deputy Clerk

March 18, 2004